District Judge John H. Chun

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CATHERINE CAMPBELL,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>JANET YELLEN, United States Secretary of the Treasury,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-cv-00637-JHC<br><br>ORDER |

Before the Court is Plaintiff's Unopposed Motion to Continue Pretrial Deadlines and Trial Date. Dkt. # 16. The Court GRANTS the motion but, due to its schedule, sets trial for March 3, 2025. The Court DIRECTS the Clerk to issue a case scheduling order consistent with the new trial date.

DATED this 18th day of April, 2024.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOHN H. CHUN
　　　　　　　　　　　　　　　　　United States District Judge

ORDER
2:23-cv-00637-JHC - 1