1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CATHERINE CAMPBELL,

Plaintiff,

v.

JANET YELLEN,

Defendant.

CASE NO. 2:23-cv-00637-JHC

ORDER

Before the Court is the parties' Stipulated Protective Order.  Dkt. # 20.  The local rules provide that "[p]arties that wish to depart from [this district's] model [protective] order must provide the court with a redlined version identifying departures from the model." LCR 26(c)(2). Here, the parties have neither provided a redlined version of this district's model protective order nor stated that their proposed stipulated protective order does not depart from the district's model order.  *See generally* Dkt. # 20.  Accordingly, the Court ORDERS the parties to file immediately a redlined version of their stipulated protective order that identifies any departures from the district's model protective order.

/

/

ORDER - 1

1    Dated this 20th day of August, 2024.

2

3

4                                                              John H. Chun
                                                               United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - 2