UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CATHERINE CAMPBELL,<br><br>          Plaintiff,<br>     v.<br><br>JANET YELLEN, United States Secretary of the Treasury,<br><br>          Defendant. | CASE NO. 2:23-cv-00637-JHC<br><br>ORDER |

Before the Court is "Plaintiff's Unopposed Motion . . . to Continue Pre-Trial Deadlines and Trial Date." Dkt. # 22.  The Court GRANTS the motion.  The Court sets trial for May 5, 2025.  The Court DIRECTS the Clerk to issue a new case scheduling order.

DATED this 21st day of August, 2024.

John H. Chun
United States District Judge

ORDER
2:23-cv-00637-JHC - 1