UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CATHERINE CAMPBELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JANET YELLEN,<br><br>　　　　　Defendant. | CASE NO. 2:23-cv-00637-JHC<br><br>ORDER |

Before the Court is Plaintiff's motion for reconsideration. Dkt. # 28. The Court ORDERS Defendant to respond to the motion on or before Friday, September 20, 2024.

Dated this 13th day of September, 2024.

　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1