UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CATHERINE CAMPBELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JANET YELLEN, United States Secretary of the Treasury,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-00637-JHC<br><br>ORDER |

Before the Court is "Plaintiff's Motion for Reconsideration of Dkt. No. 27, Court's Order on Defendant's Motion for Partial Dismissal on the Pleadings (Dkt No 20)." Dkt. # 28.  The Court has reviewed the motion, the opposition thereto (Dkt. # 30), the rest of the file, and the governing law.  Because Plaintiff does not show that the prior order at issue, Dkt. # 27, includes a manifest error, the Court DENIES the motion.

　　　　　　DATED this 23rd day of September, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ John H. Chun*
　　　　　　　　　　　　　　　　　　　　　　　　JOHN H. CHUN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER
[Case No. 2:23-cv-00637-JHC] - 1