1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CATHERINE CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT BESSENT, United States Secretary of the Treasury,<br><br>Defendant. | Case No.  2:23-cv-00637-JHC<br><br>**ORDER GRANTING JOINT MOTION TO STRIKE ALL DEADLINES AND STAY CASE** |

The Court, having reviewed the pleadings and materials in this case, it is hereby

**ORDERED** that:

The Joint Motion to Strike All Deadlines and Stay Case (Dkt. # 43) is **GRANTED**.  This case is stayed pending the filing of the Court's decision on Defendant's Motion for Summary Judgment.

Dated this 28th day of March, 2025.

*John H. Chun*

JOHN H. CHUN
United States District Judge