UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CATHERINE CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>JANET YELLEN,<br><br>Defendant. | CASE NO. 2:23-cv-00637-JHC<br><br>ORDER |

Before the Court is Plaintiff's motion for reconsideration. Dkt. # 47. The Court DIRECTS Defendant to respond to the motion on or before Wednesday, April 23, 2025.

The Court also DIRECTS the Clerk to re-note the motion for April 23, 2025.

Dated this 17th day of April, 2025.

John H. Chun
United States District Judge

ORDER - 1