1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CATHERINE CAMPBELL,

          Plaintiff,

     v.

JANET YELLEN,

          Defendant.

CASE NO. 2:23-cv-00637-JHC

ORDER

This matter comes before the Court on Plaintiff's Motion for Reconsideration.  Dkt. # 47. The Court has considered the motion, Defendant's response (Dkt. # 49), the rest of the file, and the governing law.

"Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence."  LCR 7(h)(1).

Plaintiff clearly does not make either showing.  She does not identify any new legal authority that requires the Court to reach a different conclusion.  Nor does she show the Court

ORDER - 1

made any error in its prior ruling, much less a manifest error.  Instead, Plaintiff re-raises purported factual issues the Court has already considered and addressed.

Thus, the Court DENIES the motion.

Dated this 23rd day of April, 2025.

John H. Chun
United States District Judge